

DENISE H. FULEIHAN
209 Royal Aberdeen Way
Las Vegas, Nevada 89146
(702) 400-0910
Debtor Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: DENISE H. FULEIHAN<br><br>Debtor<br>_____<br><br>**DENISE H FULEIHAN**<br>Appellant,<br><br>v.<br><br>U.S. BANK AS TRUSTEE FOR SOCIETE GENERALE MORTGAGE SECURITIES TRUST SERIES 2006-FRE 2<br><br>Appellees | ) BAP Case No. 14-1535<br>) Case No. 14-12371-ABL<br>) Chapter 11<br>) District Case No. 14-cv-2061 GMN<br>)<br>)<br>)<br>) APPELLANT'S MOTION TO DISMISS<br>) APPEAL PURSUANT TO 11 U.S.C.363 (m)<br>) **AND ORDER THEREON**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

APPELLANT'S MOTION TO DISMISS APPEAL PURSUANT TO 11 U.S.C.363 (m)

**Comes now the Appellant Denise H Fuleihan herein requests and replies to the Minute order on March 13th 2015 to dismiss the current appeal for the reason that the real property central to this appeal has been foreclosed upon without leaving appellant statutory rights of redemption see; Onouli-Kona Land Co., 846 F. 2d at 1172-73. This executed foreclosure deems this entire appeal matter Moot being that the real property that is central to this appeal was foreclosed on March 6th 2015. Being that there is still an appeal pending in the U.S. Court of Appeals 9th Circuit regarding the foreclosure actions initiated by the Appellees in this matter, these issues could be deemed as a wrongful foreclosure based on the void assignment executed by Appellee and their agents in July 2009. If the foreclosure issues are not settled upon out of court, Appellant herein will exercise her legal right to collect actual and punitive damages from Appellees and their counsel and/or to reverse the wrongful foreclosure if Appellant prevails in the appeal matter pending in the U.S. Court of Appeal 9th Circuit.**

**Conclusion:**

For these reasons stated above, this appeal matter is deemed as Moot therefore currently should be dismissed.

Respectfully Submitted,

_____     March 23rd, 2015
**Denise H. Fuleihan**                              Date

209 Royal Aberdeen Way

Las Vegas, Nevada 89144

Denisefuleihan01@gmail.com

Phone: 702-400-0910

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  04/01/2015**